COLTER *et al* v. MARTIN *et al.*

No. 6088.   Opinion Filed October 13, 1914.

(143 Pac. 660.)

APPEAL AND ERROR—Time for Perfecting Appeal—Dismissal. Syllabus the same as in Malloy v. Johnson, 40 Okla. 454, 139 Pac. 310.

(Syllabus by the Court.)

*Error from District Court, Muskogee County;*
*Farrar L. McCain, Judge.*

Action between W. J. Colter and others and T. H. Martin and others. From the judgment, the parties first mentioned bring error. Dismissed.

*Stewart & Stewart,* for plaintiffs in error.

*Kline & Gotwals,* for defendants in error.

LOOFBOURROW, J.   The final order appealed from in this cause was made on the 27th day of February, 1913. The proceeding for reversing the judgment was filed in this court on the 26th day of February, 1914, more than six months after the rendition of such order.

On motion of defendants in error, this appeal must be dismissed, on authority of *Malloy v. Johnson,* 40 Okla. 454, 139 Pac. 310.

All the Justices concur.